1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAVIER VANEGAS, an Individual,

    Plaintiff,

    vs.

CITY OF PASADENA; PASADENA
POLICE DEPARTMENT; Officers
KLOTZ; ARELLANES; STARK;
RIEHL; MURREN; LEMOS,
SALAZAR; BUNDY; DOES 1-10,
Individually, and in their capacity as
Police officers for Pasadena Police
Department.

    Defendants.

Case No.: 2:20-cv-07845-SVW-AGR

Honorable Stephen V. Wilson

**JUDGMENT**

- 1 -

[PROPOSED] JUDGMENT

0000166140C031

The Court having entered an Order granting Defendants City of Pasadena, Pasadena Police Department, Officer Klotz, Officer Arellanes, Officer Stark, Officer Riehl, Officer Salazar, Officer Murren, Officer Lemos, and Sergeant Bundy's (collectively "Defendants") Motion for Summary Judgment (Dkt. No. 30), dismissing with prejudice Plaintiff Javier Vanegas' (hereinafter "Plaintiff") First Claim under 42 U.S.C. § 1983 and Fourth Claim for municipal liability under 42 U.S.C. § 1983 and declined to exercise supplemental jurisdiction over Claims Two (Battery), Three (False Arrest) and Five (Civil Code § 52.1):

IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing, that the First and Fourth Claims are dismissed on the merits, that the Second, Third, and Fifth claims are dismissed without prejudice, and that Defendants shall recover costs from Plaintiff taxed in a sum to be determined.

**IT IS SO ORDERED**.

Dated: April 20, 2021

_____

Honorable Stephen V. Wilson

2

[PROPOSED] JUDGMENT

0000166140C031